UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
_____X

ALEXANDER MALTEZOS

        Plaintiff,

-v-

NIKITAS a/k/a (Nick) GIANNAKOUROS,
MARIA DELORENZO,
LEO SOKOLOSKI, CHIEF OF THE POLICE
BLOOMSBURG POLICE DEPARTMENT

        Defendants.
_____X

COMPLAINT
Jury Trial

11 4562

## I.    PARTIES ON THIS COMPLAINT ARE

**Plaintiff:**    **Alexander Maltezos**

909 Third Avenue pob 6800
New York NY 10150
Tel: (212) 461-0160
e-mail: startelusa@gmail.com

**Defendants:**   No. 1   **Nikitas a/k/a (Nick) Giannakouros**

619 East Street Bloomsburg PA 17815,
176 Susquehanna Blvd., W. Hazelton PA 18202,
371 Poplar Street Hazelton PA 18201

No. 2   **Maria Delorenzo**

619 East Street Bloomsburg PA 17815,
176 Susquehanna Blvd., W. Hazelton PA 18202,
371 Poplar Street Hazelton PA 18201

No. 3   **Leo Sokoloski, Chief of the Police**

Bloomsburg Police Department
301 East Second Street
Bloomsburg PA 17815
Bloomsburg Police Department

1

**II.**         **Basis for Jurisdiction:   Is Diversity of Citizenship**

**Plaintiff:**          I am a US Citizen, resident of the State of New York.

**Defendant No. 1.**    He is an '**ILLEGAL ALLIEN**', but resides in Pennsylvania.

**Defendant No. 2., and No.3.** Is unknown their citizenship but they reside in Pennsylvania?

---

**III.**            **Statement of Claim**

A.   All the events happen in the address listed above.

On about December 2009, I received a phone call in Greece from defendant No.1, and an associate of his name: Bobby Mantasas resident of West Hazelton PA. telling me that defendant No. 1. Has been arrested by the department of Homeland Security, Immigration and Naturalization service in Buffalo NY, and they ask me to find him an Attorney to let him out of Jail, which I did. They never explain the reasons why he was detained.

In 2008, before I left for Greece, I work at the defendants locations and I setup a 'Datacom Network Services' for his business, I Install software-hardware, with two weeks of labor totaling $30,000 Thousand dollars, never was paid.

On January 29, 2010, I arrive in the **US-NY-JFK** airport, I took the Bus from the Port Authority In New York City and I went straight to West Hazelton PA house of the defendant with my personal belongings, 3 suite cases, my tools included software hardware, Telecommunications Test Equipments, a brief case contain money given to me to purchase merchandise from New York, for relatives, friends, business and to ship them to Greece.

In addition, on my belonging, I had my **US PASSPORT, MY US PATENT, and VALUABLE FAMILY PAPERS two LOP TOPS, STOLEN BY DEFENDANTS No. 1, and 2.**

Approximately on March 17, 2010, due to the horrific leaving conditions, no Heat, Hot water, In addition to the illegal dealings and associations the defendants have I decide to leave PA and I ask him to be paid for the work I have done previously as follows:

1. The work I did in 2008, totaling of $30,000 thousand dollars. 2. The work that I did to fine him an Attorney while in Greece to let him out of jail totaling $5,000.00 thousand dollars. 3. The work Telecommunications, and Datacom Network Services work I did for 47 days is $70.500 thousand dollars. 4. Family gifts I brought from Greece for family relative's value $5,000 thousand dollars.

2

**IV.**     **The injuries sustained on my left eye, and I can see clearly**

**B.**     All the events happens in the address listed above

**C.**     On about, March 17, 2010, 11:30pm, I ask the defendant to get paid for the work I have done for him. instead he opens the draw of his desk and he pull a '*KITCHEN KNIFE 12*' and hit me in the face, and he was threatening me that he will kill me. I call the Police and two police officers come, I explain to them what has happen, they search his desk and the found the weapon, instead of arresting him they rush me to a night motel, without allowed me to get my tools, my personal belonging, my US Passport, US Patent and the gifts and I have brought from Greece.

To this date the Police have not responded to my letters for the recovery of my property to include my US Passport Because the Defendant it is, an '*ILLEGAL ALLIEN*' and he can use my passport for a terrorist activity...

**V.**     **The relief**

I seek $1,000.000.000 One Million Dollars, for the hardship and suffering, labor and services I perform, my personal belongings, my professional tools, my US Passport, my Us Patent's and its upgrades, the money given to me to purchase Telecommunications and Datacom Equipments, stolen by the defendants, any other relive the court sees just and proper.

I declare under penalty of perjury that the foregoing is true and correct.

New York, New York July 14, 2011

_____
Alexander Maltezos, PRO-SE

909 Third Avenue pob 6800
   New York NY 10150
   Tel (212) 461-0160
e-mail: startelusa@gmail.com

3